# EXHIBIT 5

 (~/)

Mayor Muriel Bowser

**311 Online (https://311.dc.gov/)**    **Agency Directory (https://dc.gov/directory)**    **Online Services (http://dc.gov/online-services)**    **Accessibility (http://dc.gov/page/dcgov-accessibility-policy)**

Home (/Home.aspx)    Edit Account (/Account.aspx/AccountManagement)    Log Out (/Account.aspx/LogOff)

# FREEDOM WATCH INC. - Initial File Number: 950076

Main | Reports | Trade Names | Beneficial Owners

## Entity Info

**Business Name**
FREEDOM WATCH

**Suffix**
INC.

**Registration / Effective Date**
1/09/1995

**Commencement Date**
1/09/1995

**Entity Status**
Active

**Foreign Name**
NA

**Date of Organization**
1/09/1995

**State**
District of Columbia

**Country**
USA

## Business Address

**Line1**
2020 Pennsylvania Ave., Suite 345

**Line2**

| City | State | Zip |
| Washington | District of Columbia | 20006 |

## Agent

**Is non-commercial Registered Agent?**
Yes

**Name**
LARRY KLAYMAN

## Address

**Line1**
2020 Pennsylvania Ave., Suite 345

**Line2**

| City | State | Zip |
|---|---|---|
| Washington | District of Columbia | 20006 |

**Email**
leklayman@gmail.com

**Return to Home**

**District News**
- Mayor's Public Schedule (https://mayor.dc.gov/newsroom)
- Citywide News (https://newsroom.dc.gov)
- Citywide Calendar (https://calendar.dc.gov)
- Subscribe to Receive Emails (https://service.govdelivery.com/service/user.html?code=DCWASH)
- Subscribe to Text Alerts (https://textalert.ema.dc.gov/index.php?CCheck=1)
- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new?)

**District Initiatives**
- Green DC (http://green.dc.gov/)
- Grade DC (http://grade.dc.gov/)
- Age-Friendly DC (http://agefriendly.dc.gov/)
- Sustainable DC (http://sustainable.dc.gov/)
- Connect DC (http://connect.dc.gov/)
- Great Streets (http://greatstreets.dc.gov/)
- Ready DC (http://ready.dc.gov/)

**About DC**
- Open DC (http://open.dc.gov/)
- Budget (http://cfo.dc.gov/budget)
- Emancipation (http://emancipation.dc.gov/)
- Consumer Protection (http://consumer.dc.gov/)
- Contracts (http://dc.gov/contracts)
- Property Quest (http://propertyquest.dc.gov/)
- Track DC (http://track.dc.gov/)

**Contact Us**
- Agency Director (http://directory.dc.gov/)
- Call 311 (http://311.dc.gov/)
- Contact the Mayor (http://app.dc.gov/apps/about.asp?page=atd&type=dsf&referrer=[$DSF_SERVER_NAME$]&agency_id=1075)
- Contact Agency Directors (https://dcra.dc.gov/page/contact-agency-directors)
- FOIA Requests (http://foia.dc.gov/)
- Report Website Problems (http://dcforms.dc.gov/webform/problems-dc-government-website)
- Send Feedback (http://feedback.dc.gov/)
- Service Request Center (http://311.dc.gov/)