# EXHIBIT 6

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA**

FREEDOM WATCH, INC.,                    Case No.: 50-2021-CA-000884

    Plaintiff,

v.

AMAZON WEB SERVICES, INC., APPLE INC., and GOOGLE LLC,

    Defendants.
_____/

**NOTICE OF FILING A NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1446(d), a Notice of Removal in reference to the above-captioned case was filed in the United States District Court for the Southern District of Florida on March 8, 2021, and this Court shall proceed no further unless and until the case is remanded. A copy of the Notice of Removal (without exhibits) is attached as Exhibit 1.

Dated: March 8, 2021

                Respectfully submitted,

                s/Brian W. Toth
                GELBER SCHACHTER & GREENBERG, P.A.
                Brian W. Toth
                Florida Bar No. 57708
                Natalia B. McGinn
                Florida Bar No. 1011385
                SunTrust International Center
                One Southeast Third Avenue, Suite 2600
                Miami, FL 33131
                Telephone: (305) 728-0965
                btoth@gsgpa.com
                nmcginn@gsgpa.com

                DAVIS WRIGHT TREMAINE LLP
                Laura R. Handman*
                1919 Pennsylvania Avenue, N.W., Suite 800
                Washington, DC 20006

Phone: (202) 973-4224
laurahandman@dwt.com

Alonzo Wickers IV*
Cydney Freeman*
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6800
alonzowickers@dwt.com
cydneyfreeman@dwt.com

Ambika Kumar Doran*
Caesar Kalinowski IV*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
ambikadoran@dwt.com
caesarkalinowski@dwt.com

*Counsel for Defendant Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 8, 2021, I electronically filed this document with the Florida Courts e-Filing Portal, which will serve it by e-mail on all counsel on the attached service list.

s/Brian W. Toth

## SERVICE LIST

KLAYMAN LAW FIRM
Larry Elliot Klayman
7050 W. Palmetto Park Rd, #15-287
Boca Raton, FL 33433
Tel.: 310-595-0800
leklayman@gmail.com

STEPHEN L. SULZER PLLC
Stephen L. Sulzer
700 121 Street, N.W., Suite 700
Washington, D.C. 20005
Tel.: 202-499-2301
ssulzer@sulzerpllc.com

*Attorneys for Plaintiff Freedom Watch, Inc.*

JENNER & BLOCK LLP
Joshua P. Riley
1099 New York Avenue, NW, Suite 900,
Washington, DC 20001
Tel.: 202-639-6038
jpriley@Jenner.com

*Attorney for Defendant Apple Inc.*

JONES DAY
Christopher Lomax
600 Brickell Avenue
Brickell World Plaza, Suite 3300
Miami, FL 33131
Tel.: 305-714-9719
clomax@jonesday.com

*Attorney for Defendant Google LLC*