## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:21-cv-80515-DMM

FREEDOM WATCH, INC.,

      Plaintiff,

vs.

AMAZON WEB SERVICES, INC.,
APPLE INC., and
GOOGLE LLC,

      Defendants.

_____/

### MOTION TO APPEAR *PRO HAC VICE*,
### CONSENT TO DESIGNATION, AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the U.S. District Court for the Southern District of Florida, the undersigned moves for the admission *pro hac vice* of Laura R. Handman of the law firm Davis Wright Tremaine LLP, 1301 K Street, N.W., Suite 500 East, Washington, DC 20005, Telephone: (202) 973-4224, for purposes of appearance as co-counsel on behalf of Defendant Amazon Web Services, Inc. in the above-styled case only, and, under Rule 2B of the CM/ECF Administrative Procedures, to permit Laura R. Handman to receive electronic filings in this case.

1.     Laura R. Handman is not admitted to practice in the Southern District of Florida. Laura R. Handman is a member in good standing of the State Bars of New York and Massachusetts, the Bar of the District of Columbia, the U.S. Supreme Court, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Court of Appeals for the Eleventh Circuit, the U.S. District Court for the District of Columbia, the U.S.

District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, and the U.S. District Court for the District of Maryland.

2.      Movant, Brian W. Toth, of the law firm Gelber Schachter & Greenberg, P.A., SunTrust International Center, One Southeast Third Avenue, Suite 2600, Miami, Florida 33131, Telephone: (305) 728-0950, is a member in good standing of the Florida Bar, the U.S. Court of Appeals for the Eleventh Circuit, and the U.S. District Court for the Northern, Middle, and Southern Districts of Florida and is authorized to file through the Court's electronic-filing system. Mr. Toth consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, on whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Laura R. Handman has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      Laura R. Handman, by and through designated counsel and under Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Laura R. Handman at this e-mail address: laurahandman@dwt.com.

WHEREFORE, Brian W. Toth requests the entry of an order permitting Laura R. Handman to appear before this Court on behalf of Defendant Amazon Web Services, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ms. Handman.

Dated:  March 9, 2021                           Respectfully Submitted,

                                                */s/Brian W. Toth*
                                                Brian W. Toth
                                                Florida Bar No. 57708
                                                btoth@gsgpa.com
                                                Natalia B. McGinn
                                                Florida Bar No. 1011385
                                                nmcginn@gsgpa.com
                                                Gelber Schachter & Greenberg, P.A.
                                                SunTrust International Center
                                                One Southeast Third Avenue, Suite 2600
                                                Miami, Florida 33131
                                                Telephone: (305) 728-0950
                                                E-service: efilings@gsgpa.com

                                                *Counsel for Defendant Amazon Web Services, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:21-cv-80515-DMM

FREEDOM WATCH, INC.,

    Plaintiff,

vs.

AMAZON WEB SERVICES, INC.,
APPLE INC., and
GOOGLE LLC,

    Defendants.

_____/

### CERTIFICATION OF LAURA R. HANDMAN

    Laura R. Handman, under Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bars of New York and Massachusetts, the Bar of the District of Columbia, the U.S. Supreme Court, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Court of Appeals for the Eleventh Circuit, the U.S. District Court for the District of Columbia, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, and the U.S. District Court for the District of Maryland; and (3) I have not filed three or more motions for *pro hac vice* admission in this district within the last 365 days.

Laura R. Handman