**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:21-cv-80515-DMM**

FREEDOM WATCH, INC.,

    Plaintiff,

vs.

AMAZON WEB SERVICES, INC.,
APPLE INC., and
GOOGLE LLC,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Before the Court is the Motion to Appear *Pro Hac Vice* for Laura R. Handman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion). The Court being fully advised, it is:

ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED.

2. Laura R. Handman may appear and participate in this action on behalf of Defendant Amazon Web Services, Inc.

3. The Clerk is directed to provide electronic notification of all electronic filings to Laura R. Handman at [laurahandman@dwt.com](mailto:laurahandman@dwt.com).

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this March \_\_\_, 2021.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

cc: counsel of record