IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FREEDOM WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., APPLE INC., and GOOGLE LLC, <br><br> Defendants. | Case Number: 9:21-cv-80515-DMM |

**PLAINTIFF FREEDOM WATCH, INC.'S MOTION TO REMAND**

Plaintiff Freedom Watch, Inc. (hereinafter "FREEDOM WATCH"), pursuant to 28 U.S.C. § 1447(c), hereby moves to remand this action to the Fifteenth Judicial Circuit in and for Palm Beach County, Florida ("Fifteenth Judicial Circuit") on the ground that this Court lacks subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) (Diversity of Citizenship).

As set forth in the Amended Complaint filed herewith (*See* Amended Complaint at ¶ 1 and in the Prayer for Relief on pages 34-35 ¶ (a)), Plaintiff FREEDOM WATCH is not seeking damages in excess of $74,999.99 exclusive of interest and costs, and punitive damages are not being prayed for. Thus, the amount in controversy does not rise to the level necessary (an amount exceeding the sum or value of $75,000, exclusive of interests and costs), required for this Court to have subject matter jurisdiction under 28 U.S.C. § 1332(a). 28 U.S.C. § 1447(c) expressly and clearly provides that "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."

While FREEDOM WATCH's original complaint already stated that it is seeking damages under $75,000.00, Plaintiff's Amended Complaint filed herewith eliminates any possible issue which might be raised by any of the named Defendants, and notwithstanding Defendant Amazon Web Services, Inc.'s attempt at removal, makes it clear that jurisdiction is only proper in the Fifteenth Judicial Circuit.

Plaintiff has consulted with Defendants counsel to seek their consent to this motion for remand, but Defendants counsel has not responded.

## CONCLUSION

For the foregoing reasons, Plaintiff FREEDOM WATCH respectfully requests that the Court remand this case to the Fifteenth Judicial Circuit immediately, so that it can proceed without any further delay.

Dated:  March 20, 2021                                     Respectfully submitted,

/s/ Larry Klayman

Larry Klayman, Esq.
General Counsel
FL Bar No. 246220
**FREEDOM WATCH, INC.**
7050 W. Palmetto Park Road
Boca Raton, FL  33433
Tel.:  561-558-5536
Email:  leklayman@gmail.com

Stephen L. Sulzer
Pro Hac Vice (motion pending)
**STEPHEN L. SULZER PLLC**
700 12th Street, N.W., Suite 700
Washington, D.C.  20005
Tel.:  202-499-2301
Email:  ssulzer@sulzerpllc.com

*Counsel for Plaintiff FREEDOM WATCH, INC.*