UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:21-cv-80515-DMM

| | |
|---|---|
| FREEDOM WATCH, INC., <br><br> Plaintiff, <br><br> - against - <br><br> AMAZON WEB SERVICES INC., APPLE INC., and GOOGLE LLC, <br><br> Defendants. | [Removed From: <br> Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida <br><br> Case No.: 50-2021-CA-000884] |

**DECLARATION OF LAURA HANDMAN IN SUPPORT OF DEFENDANT AMAZON WEB SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S <u>FIRST AMENDED COMPLAINT</u>**

I, Laura Handman, declare as follows:

1. I am a partner in the law firm Davis Wright Tremaine LLP and counsel for Defendant Amazon Web Services, Inc. I make this declaration from personal knowledge and publicly available information, and I could testify competently to the same. I make this declaration in support of Amazon Web Services, Inc.'s Motion to Dismiss Plaintiff Freedom Watch's First Amended Complaint.

2. Attached as **Exhibit A** is a true and correct copy of Dkt. 13-1 in *Parler v. Amazon*, W.D. Wash. Case No. 2:21-CV-0031-BJR, which is a true and correct copy of the AWS Customer Agreement at the time Parler signed up with AWS. The AWS Customer Agreement incorporates, among other things, Amazon's Acceptable Use Policy (the "AUP"), which is available online at

http://aws.amazon.com/aup.  Attached as **Exhibit B** is a true and correct copy of the AUP, which was last updated September 16, 2016.  *See also* Dkt. 12, *Parler LLC v. Amazon Web Servs.*, W.D. Wash. Case No. 2:21-CV-0031-BJR (Amazon employee declaration authenticating AWS Customer Agreement and AUP).

3. Attached as **Exhibit C** is a true and correct copy of Parler's November 27, 2020 Terms of Service, available at https://legal.parler.com/documents/useragreement.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2021 in Washington, D.C.

*Laura R. Handman*

Laura R. Handman