IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FREEDOM WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., APPLE INC., and GOOGLE LLC, <br><br> Defendants. | Case Number: 9:21-cv-80515-DMM |

## EXPEDITED REQUEST TO EXPEDITE MOTION TO REMAND

Plaintiff, FREEDOM WATCH, INC. ("FREEDOM WATCH") hereby respectfully requests that the Court expedite its Motion to Remand and immediately remand this matter back to the Fifteenth Judicial Circuit in and For Palm Beach County, Florida ("Fifteenth Judicial Circuit"). While there was no real dispute that this Court lacked jurisdiction before, pursuant to 28 U.S.C.§ 1332 (Diversity of Citizenship), the fact that Freedom Watch has amended its complaint to make it especially clear that it is not seeking damages in excess of $74,999.99 means that there is absolutely no room for interpretation. Any issue has been mooted out and it is clear that jurisdiction is only proper in the Fifteenth Judicial Circuit. Now that Defendants have moved to dismiss the Amended Complaint, immediate remand is necessary so that these motions can be properly decided by the Fifteenth Judicial Circuit.

In sum, this case has no business being in federal court, and there is no just cause for further delay.

Dated: April 6, 2021         Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.

1

2

General Counsel
FL Bar No. 246220
**FREEDOM WATCH, INC.**
7050 W. Palmetto Park Road
Boca Raton, FL  33433
Tel.:  561-558-5536
Email:  leklayman@gmail.com

Stephen L. Sulzer
Pro Hac Vice Pending
**STEPHEN L. SULZER PLLC**
700 12th Street, N.W., Suite 700
Washington, D.C.  20005
Tel.:  202-499-2301
Email:  ssulzer@sulzerpllc.com

Counsel for FREEDOM WATCH, INC.

2