# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FREEDOM WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., APPLE INC., and GOOGLE LLC, <br><br> Defendants. | Case Number: 9:21-cv-80515-DMM |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, FREEDOM WATCH, INC. ("FREEDOM WATCH") hereby voluntarily dismisses the above referenced matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without prejudice, with each party to bear its own fees and costs.

Dated:  April 9, 2021

Respectfully submitted,

/s/ Larry Klayman

Larry Klayman, Esq.
General Counsel
FL Bar No. 246220
**FREEDOM WATCH, INC.**
7050 W. Palmetto Park Road
Boca Raton, FL  33433
Tel.: 561-558-5536
Email:  leklayman@gmail.com

Stephen L. Sulzer
Pro Hac Vice Pending
**STEPHEN L. SULZER PLLC**
700 12th Street, N.W., Suite 700
Washington, D.C.  20005
Tel.:  202-499-2301
Email:  ssulzer@sulzerpllc.com

1

                Counsel for FREEDOM WATCH, INC.